MURDOCK, Justice
(dissenting).
As the main opinion notes, Art. IV, § 106, Ala. Const.1901, requires that any notice to which it is applicable “shall state the substance of the proposed law.” 37 So.3d at 745. As the main opinion further notes, this Court has recognized that a statement of the “substance” of a proposed law includes “ ‘ “an intelligible abstract or synopsis of [a bill’s] material and substantial elements....’”” 37 So.3d at 745 (quoting Phalen v. Birmingham Racing Comm’n, 481 So.2d 1108, 1119 (Ala.1985), quoting in turn Birmingham-Jefferson Civic Ctr. Auth. v. Hoadley, 414 So.2d 895, 899 (Ala.1982)). Because I believe that the provisions of Act No. 2004-382 authorizing the City of Mobile to levy special assessments upon property owners to fund the self-help business-improvement district at issue was a material element of that Act, and because the advertisement of Act No. 2004-382 contained no reference to that element, I respectfully dissent.
PARKER, J., concurs.